UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-394-1D(4)



| | |
|---|---|
| IN RE: ) | ORDER TO SEAL |
| ) | INDICTMENT |
| SEALED DEFENDANT (B.A.S.) ) | |
| ) | |
| ONE-COUNT INDICTMENT PRESENTED ) | |
| ON DECEMBER 12, 2017 ) | |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on December 12, 2017, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the 12th day of December, 2017.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE