# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Brandon Alexander Siermons        Docket No. 5:17-CR-394-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Brandon Alexander Siermons, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 28th day of December, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** During the initial contact with Siermons, he advised that he suffers from anxiety. The defendant advised he was involved with mental health treatment, but due to the cost of the treatment has been unable to attend. In an effort to effectively monitor the defendant's mental health, it is recommended that the defendant's pretrial conditions be modified to include our standard mental health condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Furthermore, the defendant's attorney and the Assistant United States Attorney were contacted and they have no objection to the modification.

**PRAYING THAT THE COURT WILL ORDER** that the pretrial release conditions be modified to include:

- The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain        /s/ Keith W. Lawrence  
Michael C. Brittain        Keith W. Lawrence  
Supervising U.S. Probation Officer        Senior U.S. Probation Officer  
       150 Rowan Street Suite 110  
       Fayetteville, NC 28301  
       Phone: 910-354-2538  
       Executed On: January 3, 2018

### ORDER OF THE COURT

Considered and ordered on January 9, 2018. It is further ordered that this document shall be filed and made a part of the records in the above case.

*Robert T. Numbers II* (signature)  
Robert T. Numbers, II  
United States Magistrate Judge