# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Brandon Alexander Siermons         Docket No. 5:17-CR-394-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Brandon Alexander Siermons, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 28th day of December, 2017. On January 9, 2018, the court modified the conditions of release to include mental health treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As the result of Siermons receiving his mental health assessment, the therapist recommended that the defendant participate in substance abuse treatment, as well as mental health treatment. It is recommended that the defendant's pretrial conditions be modified to include a substance abuse treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Furthermore, the defendant's attorney and the Assistant United States Attorney were contacted and they have no objection to the modification.

**PRAYING THAT THE COURT WILL ORDER** that the pretrial release conditions be modified to include:

- The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Senior U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2538<br>Executed On: January 31, 2018 |

### ORDER OF THE COURT

Considered and ordered on January 31, 2018. It is further ordered that this document shall be filed and made a part of the records in the above case.

_/s/ Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge